CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 2 0 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MUSA M. AR-RAHMAN, ) | |
| a.k.a. MARK L. CREWS, ) | |
| Plaintiff, ) | Civil Action No. 7:05-cv-00773 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| ROANOKE CITY JAIL, et. al., ) | By: Hon. James C. Turk |
| Defendant(s). ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that plaintiff's motions to amend to particularize his claims and to add a demand for monetary damages (Dkt. Nos. 5 and 7) are hereby **GRANTED**, and the complaint is supplemented as stated in the motions, but this action as amended shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), and stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendant(s).

ENTER: This 20th day of January, 2006.

_____
Senior United States District Judge